United States District Court
Southern District of Ohio

## Related Case Memorandum
### Civil Cases

TO: Judge , Chief Judge Marbley, Magistrate Judge Vascura, Magistrate Judge Jolson

FROM: Jodi L. Keener , Deputy Clerk

DATE: June 7, 2022

SUBJECT: Case Caption: Treadway v. Columbus Police Department et al

CASE: Case Number: Doc. 2:22-cv-02287 1

DISTRICT JUDGE: Chief Judge Marbley

File Date: 5/27/2022

---

This memorandum is to notify you that the civil cover sheet on the above referenced case reflects the following alleged related case(s):

**Related Case(s):**

Case Caption: Alsaada et al v. City of Columbus et al

Case Number: **Doc. 2:20-cv-03431 1**     District Judge: **Marbley**

File Date: **07/08/2020**     Magistrate Judge: **Jolson**

**Other Related Case(s):**

2:22-cv-01831-ALM-KAJ Williams et al v. The City of Columbus

2:22-cv-02286-ALM-KAJ Abdur-Rahim et al v. The City of Columbus et al

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   <u>Jodi Keener</u>
as follows:

**Judges' Response:**

- ☐ We agree that the cases are **not** related and that the subject case should remain with the Judge to whom it is assigned.

- ☐ We agree that the cases **are** related and that the subject case should be transferred to the docket of Judge _____

- ☐ We agree that although the cases **are** related, the subject case nevertheless should remain with the Judge to whom it was assigned.

- ☐ We are unable to agree and will accept any decision made by the Chief Judge.

- ☐ I am the Judge on both/all of the listed cases and have determined that the cases are **not** related.

- ☒ I am the Judge on both/all of the listed cases and have determined that the cases **are** related and they shall both/all remain on my docket.

- ☐ Other Direction of Judge: _____

_____
United States District Judge

_____
United States District Judge

Cc: Courtroom Deputies

*Revised 7/19/2012*