## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

GAIGE TREADWAY,

    Plaintiff,

vs.                                        Civil Action 2:22-cv-2287
                                                      Chief Judge Algenon L. Marbley
                                                      Magistrate Judge Jolson

COLUMBUS POLICE DEPARTMENT, et al.,

    Defendants.

### NOTICE

**PROCEEDING:**    **PRELIMINARY PRETRIAL CONFERENCE**

**PLACE:**    **VIA TELECONFERENCE**
Jos. P. Kinneary U.S. Courthouse
85 Marconi Blvd., R-200
Columbus, OH 43215

**DATE/TIME:**    **August 24, 2022 @ 11:15 a.m.**

**PLEASE NOTE:**

    1. The report required by Rule 26(f) of the Federal Rules of Civil Procedure must be filed no fewer than seven (7) days prior to the pretrial conference. The required form can be found on the Court's website, www.ohsd.uscourts.gov. Click on AForms@ and then select ARule 26(f) Report of the Parties (Eastern Division Only).@ **Please Note: The Rule 26(f) Report for the Eastern Division has changed. Please ensure that you are using the correct form.**

    2. The Eastern Division General Order on Pretrial Conference can also be found on the Court's website.

    3. Parties or principals represented by counsel are welcome, but not required, to attend the conference. Individuals not represented by counsel must participate.

    4. Questions or concerns should be directed to chambers at 614-719-3470.

August 5, 2022                                                             *s/Jessica Rector*
                                                                                        Jessica Rector, Courtroom Deputy to
                                                                                        Magistrate Judge Kimberly A. Jolson